UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM BARNSDALE, acting president, Sacramento County Deputy Sheriffs' Association, et al.,

        Plaintiffs,

   v.

SACRAMENTO COUNTY SHERIFFS' ASSOCIATION, INC., dba SACRAMENTO COUNTY DEPUTY SHERIFFS' ASSOCIATION aka SCDSA, et al.,

        Defendants.
_____/

NO. CIV. S-07-1636 LKK/KJM

O R D E R

    Pursuant to the conference held on October 1, 2007, the court orders as follows:

    1.  All pending motions currently set to be heard on October 22, 2007, with the exception of the motion to appoint a special master, are hereby CONTINUED to November 13, 2007 at 10:00 a.m. The hearing on the motion to appoint a special master will remain on October 22, 2007, unless a special master is appointed prior to that time.

1

2.  The parties have STIPULATED to the appointment of a special master nominated by the court from outside Sacramento County.  The parties have indicated that, if available, they would be agreeable to Eugene Lynch.  The Sacramento County Deputy Sheriffs' Association agrees to pay for the special master.

3.  Discovery is open only with regard to issues relevant to the pending motion to intervene and motion to strike.

4.  A further status conference is hereby SET for December 3, 2007 at 1:30 p.m.

IT IS SO ORDERED.

DATED:  October 2, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT