UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM BARNSDALE, acting president, Sacramento County Deputy Sheriffs' Association, et al.,

        Plaintiffs,

   v.

SACRAMENTO COUNTY SHERIFFS' ASSOCIATION, INC., dba SACRAMENTO COUNTY DEPUTY SHERIFFS' ASSOCIATION aka SCDSA, et al.,

        Defendants.
_____/

NO. CIV. S-07-1636 LKK/KJM

O R D E R

    The court has invited Judge Eugene Lynch to act as a special master relative to the conduct of the election in this case.

    Therefore, the parties are directed to file a status report within seven (7) days from the date of this order on the progress of this matter.

    IT IS SO ORDERED.

    DATED:  October 5, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1