UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM BARNSDALE, acting president, Sacramento County Deputy Sheriffs' Association, et al.,

        Plaintiffs,

   v.

SACRAMENTO COUNTY SHERIFFS' ASSOCIATION, INC., dba SACRAMENTO COUNTY DEPUTY SHERIFFS' ASSOCIATION aka SCDSA, et al.,

        Defendants.
_____/

NO. CIV. S-07-1636 LKK/KJM

O R D E R

    Pursuant to the stipulation of the parties, the court hereby appoints Eugene Lynch to act as a special master in this case relative to the conduct of the union elections.

    IT IS SO ORDERED.

    DATED:  October 17, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1