IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM BARNSDALE, acting president, Sacramento County Deputy Sheriffs' Association, et al.,

        Plaintiffs,

  v.

SACRAMENTO COUNTY SHERIFFS' ASSOCIATION, INC., dba SACRAMENTO COUNTY DEPUTY SHERIFFS' ASSOCIATION aka SCDSA, et al.,

        Defendants.

No. 07-cv-01636-LKK-KJM

O R D E R

    The Court is in receipt of the parties' stipulation to continue some of the motions currently scheduled for hearing on November 13, 2007.

///

///

///

///

///

1

1 | The court CONTINUES the hearing on all motions set for that date
2 | to December 7, 2007 at 10:00 A.M.  This includes the motion to
3 | intervene, motion to strike, and counter-motion for declaratory
4 | relief.
5 |     IT IS SO ORDERED.
6 | Dated: November 2, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE