## JUDICIAL ARBITRATION AND MEDIATION SERVICE

| | |
|---|---|
| WILLIAM BARNSDALE, et al., | Case # 2:07-cv-1636 LKK KJM |
| Claimants, | |
| v. | **ARBITRATOR'S ORDER** |
| BRANNON POLETE, et al., | |
| Respondents. | |

A telephonic conference was held in this matter on November 6, 2007, with the following individuals participating:

    The Hon. Eugene F. Lynch (Ret.), Special Master
    Robert Saria
    Dan Karalash
    Ed Friedberg
    Douglas Thorn
    Marlin Weinberger
    Lawrence McLevich

Agreement was reached on the following matters:

1) The CPA firm of Lawrence J. McLevich will manage the balloting process and independently handle the election of officers of the Sacramento County Deputy Sheriff's Association.

1

2) Jon A. Zwolinski and Todd Hengel will be on the ballot. Zwolinski is running for the position of President and Hengel for that of Treasurer.

3) Ballots will be mailed out as of November 13, 2007.

4) All ballots must be returned and received by mail at the CPA firm by 5:00 p.m., December 7, 2007.

5) Ballots will be counted as of December 8, 2007.

6) If any dispute arises, the CPA's office will promptly contact the Special Master, who will discuss any dispute with the aforestated individuals.

7) The CPA firm will keep all ballots for one year, *i.e.*, until December 8, 2008.

IT IS SO ORDERED.

November _____, 2007.

_____
The Honorable Eugene F. Lynch (Ret.)
Special Master