DOUGLAS R. THORN (CA Bar No. 133521)
dthprn@akk-law.com
Angelo, Kilday & Kilduff
601 University Avenue, Suite 150
Sacramento, California 95825
Telephone: (916) 564-6100
Facsimile: (916) 564-6263

Attorneys for BRANNON POLETE; ANDREW CROWLEY, MARLAN MEGGERS; KATE ADAMS; LUCIUS WINN; WAYNE EBE; JANET ROBERTS; MICHAEL FREEWORTH; RALPH RODRIGUEZ; SCOTT GURNABY; ANTHONY COSTANZO; BRUCE WANNER; KEVIN MICKELSON; MELODY LAFOND; and GREG COAUETTE.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| WILLIAM BARNSDALE, et al, | CASE NO. 07-CV-01636-LKK-KJM |
|---|---|
| Plaintiffs, | ORDER |
| v. | |
| BRANNON POLETE, et al, | |
| Defendants. | |
| And Related Crossclaims | |

The Court, having considered the ex parte application for a continuance, and good cause appearing therefore, hereby orders the following:

1. The status conference scheduled for December 3, 2007 is continued to January 22, 2008 at 3:00PM.
2. The hearing date and briefing schedules of all pending motions are vacated and the litigation is stayed until further order of the Court.

IT IS SO ORDERED.

Dated: November 19, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER