UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM BARNSDALE, acting president, Sacramento County Deputy Sheriffs' Association, et al.,

        Plaintiffs,

   v.

SACRAMENTO COUNTY SHERIFFS' ASSOCIATION, INC., dba SACRAMENTO COUNTY DEPUTY SHERIFFS' ASSOCIATION aka SCDSA, et al.,

        Defendants.
_____/

NO. CIV. S-07-1636 LKK/KJM

O R D E R

    The court is in receipt the Special Master's recommendation regarding the validity of the Deputy Sheriff's election of Officers and Directors. The court has reviewed the recommendation and finds that it is supported by the record and the Special Master's analysis. Accordingly, the court orders as follows:

    1. The Special Master's analysis is adopted in full;

    2. The court finds that the election was valid as to all offices involved; and

1

1      3.  The parties are instructed to inform the court by February
2  8, 2008 of any outstanding issues; otherwise, the court will enter
3  judgment and close the case.
4      IT IS SO ORDERED.
5      DATED:  January 25, 2008.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```