UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARNSDALE, et al, | CASE NO. 07-CV-01636 LKK-KJM |
|     Plaintiffs, | ORDER |
| v. | |
| SACRAMENTO COUNTY DEPUTY SHERIFFS' ASSOCIATION, INC., | |
|     Defendants. | |

AND RELATED CROSSCLAIMS

On January 25, 2008, the Court issued an order (Docket No. 45) adopting the findings and recommendations of Special Master Eugene Lynch, United States District Court Judge for the Northern District of California (Retired)(Docket No. 46), and to advise the Court by February 8, 2008 of any outstanding issues that would preclude the Court from entering judgment and closing the case. Having received no opposition from the parties, and good cause appearing therefore, it is hereby ordered, adjudged and decreed as follows:

1. Judgment shall be, and hereby is, entered in favor of Defendants and against Plaintiffs on the Complaint filed by Plaintiffs in this case (Docket No. 1).

2. Judgment shall be, and hereby is, entered in favor of Cross-Defendants and against Cross-Complainant on the Cross-Complaint filed by Cross-Complainant in this case (Docket No. 7).

3. The election of officers and directors of the Sacramento County Deputy Sheriff's Association is validated as to all offices involved.

Judgment in a Civil Case

1      4.    The Special Master shall forthwith return the election documents to the Sacramento County Deputy Sheriff's Association at the association's expense.

    5.    Every person and entity holding funds that belong to the Sacramento County Deputy Sheriff's Association shall forthwith return the funds to the association, including funds held by Union Bank of California and Sacramento Credit Union.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED:  February 12, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Judgment in a Civil Case