1

2

3

4

5

6

7                      UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

WILLIAM BARNSDALE, acting
10  president, Sacramento
County Deputy Sheriffs'
11  Association, et al.,

12                                     NO. CIV. S-07-1636 LKK/KJM
            Plaintiffs,
13
      v.                                      O R D E R
14
SACRAMENTO COUNTY SHERIFFS'
15  ASSOCIATION, INC., dba
SACRAMENTO COUNTY DEPUTY
16  SHERIFFS' ASSOCIATION aka
SCDSA, et al.,
17
            Defendants.
18  _____/

19        On January 28, 2008, the court adopted the Special Master's

20  findings and instructed, in an abundance of caution, that "the

21  parties [] inform the court by [Friday,] February 8, 2008 of any

22  outstanding issues; otherwise, the court will enter judgment and

23  close the case."  Neither party filed anything with the court.

24  That following Monday, on February 11, 2008, defendants took the

25  courtesy of providing the court with a proposed order.  The order,

26  which the court approved on February 12, 2008, provided that

                                    1

1 "[j]udgment . . . is[] entered in favor of Defendants . . . on the

2 Complaint" and "in favor of Cross-Defendants . . . on the Cross-

3 Complaint."

4     Mr. Gorski now has filed a motion for reconsideration of that

5 order, protesting that: "Certification of the election has nothing

6 to do with Judgment on the merits of the case, which is what the

7 proposed order represents.  For instance, the Second Cause of

8 Action, 42 U.S.C. SECTION 1983, represents an action for threat of

9 force under color of authority to obtain property from a person

10 (i.e. Cody Blevins) who was not an employee of the Sheriff's

11 Department or a member of the SCDSA."

12     As an initial matter, if Mr. Gorski wanted to make it explicit

13 that a certain claim was dismissed without prejudice, it is

14 baffling why he did not, as the court **ordered**, "inform the court

15 . . . of any outstanding issues [that would prevent] enter[ing]

16 judgment and clos[ing] the case."  Mr. Gorski made the choice not

17 to heed the court's instruction.

18     Furthermore, the February 12, 2008 order states that the court

19 has adopted the findings and recommendations of Special Master

20 Eugene Lynch and accordingly enters judgment in favor of the

21 defendants on the complaint and in favor of the cross-defendants

22 on the cross-complaint.  Presumably, any issue that the special

23 master did not reach was similarly not part of this court's

24 judgment, given that the court expressly relied upon his findings

25 and recommendations.

26     If the parties disagree with this tentative ruling, they shall

submit further briefing by February 19, 2008.

IT IS SO ORDERED.

DATED:  February 15, 2008.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3