UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM BARNSDALE, acting president, Sacramento County Deputy Sheriffs' Association, et al.,

        Plaintiffs,

   v.

SACRAMENTO COUNTY SHERIFFS' ASSOCIATION, INC., dba SACRAMENTO COUNTY DEPUTY SHERIFFS' ASSOCIATION aka SCDSA, et al.,

        Defendants.

        NO. CIV. S-07-1636 LKK/KJM

        O R D E R

On February 15, 2008, this court issued its tentative ruling on the motion for reconsideration. As previously noted, judgment in this case was entered on the basis of the special master's recommendation and only on that basis. Any issue not reached by the special master was similarly not part of the judgment, and no amendment to the judgment itself is necessary. To the extent that plaintiffs seek dismissal without prejudice of claims not resolved by the special master's recommendation, that request is approved.

1

1       The motion for reconsideration is DENIED as moot.

2       IT IS SO ORDERED.

3       DATED: February 25, 2008.

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```